Form 3-1

UNITED STATES COURT OF INTERNATIONAL TRADE          FORM 3

| | |
|---|---|
| **NEXCO S.A.,**<br><br>                    **Plaintiff,**<br><br>v.<br><br>**UNITED STATES,**<br><br>                    **Defendant.** | **SUMMONS**<br>**Court No. 22-203** |

**TO:**   The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



　　　　　　　　　　　　　　　**/s/ Mario Toscano**
　　　　　　　　　　　　　　　Clerk of the Court

1. Plaintiff NEXCO S.A. ("NEXCO") is a foreign exporter of raw honey from Argentina. Plaintiff is an interested party within the meaning of 19 U.S.C. § 1677(9)(A) and was a party to the U.S. Department of Commerce's antidumping duty investigation of Raw Honey from Argentina. Plaintiff has standing to commence this action under 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(a)(2)(A)(i)(I).
   (Name and standing of plaintiff)

2. Plaintiff contests aspects of the U.S. Department of Commerce, International Trade Administration's final antidumping duty determination in *Raw Honey From Argentina: Final Determination of Sales at Less Than Fair Value and Final Affirmative Determination of Critical Circumstances*, 87 Fed. Reg. 22,179 (Dep't Commerce Apr. 14, 2022).
   (Brief description of contested determination)

3.   April 7, 2022
   (Date of determination)

4. Commerce's *Final Results* were published in the *Federal Register* on April 14, 2022. The subsequent antidumping duty order was published on June 10, 2022. *Raw Honey*

*From Argentina, Brazil, India, and the Socialist Republic of Vietnam: Antidumping Duty Orders*, 87 Fed. Reg. 35,501 (Dep't Commerce June 10, 2022).
(If applicable, date of publication in *Federal Register* of notice of contested determination)

/s/ Julie C. Mendoza  
Signature of Plaintiff's Attorney

July 11, 2022  
Date

Julie C. Mendoza  
**Morris, Manning & Martin, LLP**  
1401 Eye Street, NW Suite 600  
Washington, DC 20005  
(202) 216-4817  
jmendoza@mmmlaw.com

Form 3-3

# SERVICE OF SUMMONS BY THE CLERK OF THE COURT

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

## UPON THE UNITED STATES

Attorney-in-Charge
**U.S. Department of Justice**
International Trade Field Office
National Courts Branch
Room 346
26 Federal Plaza
New York, NY 10278

Jeanne Davidson, Esq.
Director, Civil Division
**U.S. Department of Justice**
Commercial Litigation Branch
1100 L Street, NW, Room 12124
Washington, D.C.20530

## UPON THE DEPARTMENT OF COMMERCE

Peter Davidson
General Counsel
**U.S. Department of Commerce**
Mail Stop 5875 HCHB
14th Street & Constitution Avenue, NW
Washington, D.C.20230

Chief Counsel
**U.S. Department of Commerce**
Office of the Chief Counsel for Trade Enforcement and Compliance
International Trade Administration
1401 Constitution Ave., NW
Washington, DC 20230

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)