# IN THE UNITED STATES COURT OF INTERNATIONAL TRADE
## BEFORE THE HONORABLE CLAIRE R. KELLY, JUDGE

| | |
|---|---|
| NEXCO S.A., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES, ) <br> ) <br> Defendant, ) <br> ) <br> AMERICAN HONEY PRODUCERS ) <br> ASSOCIATION AND SIOUX HONEY ) <br> ASSOCIATION, ) <br> ) <br> Defendant-Intervenors. ) <br> ) | Court No. 22-00203 |

## MOTION FOR ORAL ARGUMENT

Pursuant to Rules 7(c) and 56.2(e) of the Rules of this Court and in accordance with the Court's January 18, 2023 Amended Scheduling Order, ECF No. 28, Plaintiff NEXCO S.A. ("NEXCO" or "Plaintiff") hereby files this motion for oral argument in this action.

Plaintiff believes oral argument is appropriate on the issue of whether the following decisions were supported by substantial evidence and were otherwise in accordance with law: (i) Commerce's use of NEXCO's acquisition prices to calculate the cost of production ("COP") of the merchandise; (ii) Commerce's implementation of its quarterly sales and cost comparison methodology in a manner that restricted sales and comparisons to the same month and averaged costs monthly, rather than quarterly; and Commerce's decision to restrict price-to-price comparisons to the same month on the basis that NEXCO's costs were subject to inflation when both the third country market and U.S. market sales were denominated in U.S. dollars.

1

Plaintiff believes that oral argument will assist the Court in its analysis of the issues presented in the parties' briefs and will provide the Court with the opportunity to question the parties about issues of particular significance to the Court.

Pursuant to Rule 7(b), Plaintiff consulted with the other parties to this case prior to filing this motion. Specifically, on March 22, 2023, Kara M. Westercamp, counsel for the Defendant, United States, indicated that Defendant defers to the Court. On March 22, 2023, Melissa Brewer, counsel for Defendant-Intervenors, American Honey Producers Association and Sioux Honey Association, consented to this motion.

For the reasons discussed above, Plaintiff respectfully requests that this motion be granted and that the Court schedule oral argument in this case. A proposed order is attached to this motion.

    Respectfully submitted,

    /s/ Julie C. Mendoza
    Julie C. Mendoza
    Donald B. Cameron
    R. Will Planert
    Brady W. Mills
    Mary S. Hodgins
    Eugene Degnan
    Edward J. Thomas III
    Jordan L. Fleischer
    Nicholas C. Duffey

    **MORRIS, MANNING & MARTIN, LLP**
    1401 Eye Street, N.W., Suite 600
    Washington, D.C. 20005
    (202) 216-4817

    *Counsel to Plaintiff NEXCO S.A.*

Dated:  March 24, 2023

**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE THE HONORABLE CLAIRE R. KELLY, JUDGE**

|  |  |
|---|---|
| NEXCO S.A., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Court No. 22-00203 |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| AMERICAN HONEY PRODUCERS ) | |
| ASSOCIATION AND SIOUX HONEY ) | |
| ASSOCIATION, ) | |
| ) | |
| Defendant-Intervenors. ) | |

## ORDER

Upon consideration of Plaintiff's motion for oral argument in this action, it is hereby:

**ORDERED** that Plaintiff's motion is granted; and it is further

**ORDERED** that the oral argument in the above-captioned case is scheduled for

_____.

**SO ORDERED.**

Dated: _____, 2023
      New York, NY                               Honorable Claire R. Kelly, Judge