

UNITED STATES COURT OF INTERNATIONAL TRADE
ONE FEDERAL PLAZA
NEW YORK, NY 10278-0001

CHAMBERS OF
Claire R. Kelly
Judge

February 26, 2024

Julie Clark Mendoza, Esq.
Brady Warfield Mills, Esq.
Donald Bertrand Cameron, Esq.
Eugene Degnan, Esq.
Jordan L. Fleischer, Esq.
Mary Shannon Hodgins, Esq.
Nicholas C. Duffey, Esq.
Rudi Will Planert, Esq.
Stephen A. Morrison, Esq.
Morris, Manning & Martin, LLP
1401 Eye Street, NW
Suite 600
Washington, DC 20005-2204
Email:    jmendoza@mmmlaw.com
           bmills@mmmlaw.com
           dcameron@mmmlaw.com
           edegnan@mmmlaw.com
           jfleischer@mmmlaw.com
           mhodgins@mmmlaw.com
           nduffey@mmmlaw.com
           wplanert@mmmlaw.com\
           smorrison@mmmlaw.com

Kara Marie Westercamp, Esq.
U.S. Department of Justice
Commercial Litigation Branch - Civil Division
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
Email:    kara.m.westercamp@usdoj.gov

Savannah Rose Maxwell, Esq.
William Mitchell Purdy, Esq.
Of Counsel
U.S. Department of Commerce
Office of Chief Counsel for Trade Enforcement and Compliance
1401 Constitution Avenue, NW
Washington, DC 20230-0001
Email:　　savannah.maxwell@trade.gov
　　　　　william.purdy@trade.gov

R. Alan Luberda, Esq.
Melissa Marie Brewer, Esq.
Kelley Drye & Warren, LLP
3050 K Street, NW
Suite 400
Washington, DC 20007-5108
Email:　　aluberda@kelleydrye.com
　　　　　mbrewer@kelleydrye.com

　　　Re:　*NEXCO S.A. v. United States*
　　　　　Court No. 22-00203

Dear Counsel:

It is my intention to issue a public version of the Opinion in the above-captioned proceeding on or shortly after Tuesday, March 5, 2024. The court has double-bracketed information that was designated as confidential in the underlying record. However, out of an abundance of caution, I would like you to review the Opinion and inform the court by Monday, March 4, 2024 in writing, (1) whether any information not already in brackets is confidential and should be double-bracketed in the public version, or (2) whether any information already in brackets is not confidential and should not be double-bracketed in the public version. If you do believe any additional information should or should not be redacted from the public version, please state the basis for your belief.

　　　Thank you for your assistance.

　　　　　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　　　　　/s/ Claire R. Kelly
　　　　　　　　　　　　　　　　　　　　　　　Claire R. Kelly, Judge